**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7473**

---

JOHNNY LEONARD KING,

Petitioner - Appellant,

versus

DEAN WALKER, Superintendent, Marion Correc-
tional Institution,

Respondent - Appellee.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
District Judge.  (CA-97-109-5-MU)

---

Submitted:  March 12, 1998          Decided:  March 24, 1998

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Johnny Leonard King, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>King v. Walker</u>, No. CA-97-109-5-MU (W.D.N.C. Sept. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>